## AFFIDAVIT OF SPECIAL AGENT MATTHEW C. KNIGHT

I, Special Agent Matthew C. Knight, depose and state as follows:

1.      I make this affidavit in support of a complaint against Desmond CRAWFORD, a/k/a "Dez," for (1) committing a violent crime (assault with a dangerous weapon) in aid of racketeering, in violation of 18 U.S.C. §1959(a)(3), and (2) using or carrying a firearm, in violation of 18 U.S.C. §924(c)(1)(A).   As set forth below, there is probable cause to believe that Desmond CRAWFORD, a/k/a "Dez," shot John Doe in violation of §1959(a)(3) in order to maintain or increase his position in the Columbia Point Dawgs street gang, an enterprise engaged in racketeering activity.

2.      I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.   I have been a Special Agent with the Federal Bureau of Investigation since 2004. For much of that time, I have been engaged in gang and drug investigations.   I was previously employed as a Police Officer with the Baltimore Police Department from 1997 through 2004, and was assigned as a Detective investigating drug trafficking crimes from 2001 through 2004.   I am currently assigned to the Federal Bureau of Investigation, Boston Office.   Based on my training and experience as a special agent, I am familiar with federal narcotics laws and violent crime laws. In this regard, I know that it is a violation of 18 U.S.C. §1959(a)(3) for an individual to commit an assault with a dangerous weapon in order to maintain or increase his position in an enterprise engaged in racketeering activity.   I also know that is a violation of 18 U.S.C. §924(c)(1)(A) for an individual to use or carry a firearm in furtherance of a crime of violence.

3.     The information contained in this affidavit is based on my own investigation, oral and written reports by other law enforcement officers, physical surveillance, information from confidential informants/cooperating witnesses, public records, database checks, and other investigations.   My interpretation of phone calls intercepted pursuant to court orders is based upon the above information as well as my training and experience.   The dates and times in this affidavit are approximate.   Because this affidavit is submitted for the limited purpose of supporting issuance of a complaint against Desmond CRAWFORD, a/k/a "Dez," I have not presented every fact learned during the investigation, but only that information necessary to fully support probable cause for a warrant.

**The Columbia Point Dawgs**

4.     The Boston Police Department ("BPD") Special Investigations Unit and the Federal Bureau of Investigation initiated an investigation in October 2012 concerning the criminal enterprise known as the Columbia Point Street Gang, or the Columbia Point Dawgs ("CPD"). The CPD was established in the late 1980's, and their original members resided primarily in the former Columbia Point section of Dorchester, Massachusetts.   However, over the years, the gang expanded its reach and operations to various other areas throughout Boston and Massachusetts. Members and associates of the CPD were responsible for violent crimes, drug trafficking and prostitution.   The investigation began after a cooperating witness identified Tony BERRY, and Demetrius and Yancey WILLIAMS as large scale distributors of drugs in the Boston Metropolitan area.   Additionally, a cooperating witness working with the FBI (hereineafter "CW-1")[1] reported

---

[1]   CW-1 began cooperating with law enforcement in November 2012, and was closed for cause in September 2013.  CW-1 has admitted to being complicit in a scheme to steal official agency funds from the government in connection with a controlled gun purchase. The attempted purchase

that the BERRY and WILLIAMS brothers constituted the leadership of the current CPD.   Further

investigation revealed that Tony BERRY's brother, Willie BERRY, was also a leader within this

criminal enterprise.

5.       Over the course of our investigation, we obtained heroin, cocaine, and cocaine base

from several members and leaders of CPD through controlled purchases with cooperating

witnesses.    For example, on multiple occasions in early 2013, Demetrius WILLIAMS sold

cocaine base and cocaine in controlled purchases.   Similarly, in 2013 and 2014, David JONES, a

CPD member, was involved several controlled purchases of cocaine base and heroin.   Kareem

BERRY, a CPD member and brother to Willie and Tony BERRY, was involved in several

controlled purchases of heroin.   In addition, during the course of our investigation, we intercepted

telephone calls, per court order, in which numerous members of the CPD conspired to distribute,

and distributed, heroin, cocaine, and cocaine base.     Both Willie BERRY and Demetrius

WILLIAMS were intercepted trafficking significant amounts of controlled substances, including

---

took place on July 25, 2013, and CW-1 made these admissions shortly thereafter in August 2013.
CW-1 was closed as a source and ceased cooperation as a result. CW-1 was overheard over court-
authorized wiretap communications engaged in drug conversation with D. Williams. CW-1 has a
criminal history that includes arrests, but no convictions, for operating a motor vehicle negligently,
leaving a scene of an accident, use of vehicle without authority, assault with a dangerous weapon,
abuse prevention act, intimidation, trafficking a controlled substance, possession to distribute a
class D controlled substance, trespassing and firearm identification card violation. CW-1 has
arrests and convictions for conspiracy to violate the controlled substances act, possession to
distribute a class B controlled substance, and assault with a dangerous weapon.

       The information that CW-1 provided was corroborated by the controlled drug purchases
conducted by CW-1 prior to July 2013. Additionally, CW-1's information has been corroborated
by other confidential informants and the investigation generally. I consider the information
provided by CW-1 to be reliable. CW-1 has received consideration in the form of financial
assistance in connection with his/her cooperation in this case. I have not found that CW-1's recent
interceptions discredit any of the intelligence given to investigators or the controlled buys that were
conducted as most of them were both audio and video recorded.

heroin and cocaine. We also seized numerous loaded firearms from members/associates of the CPD. In June 2015, 48 leaders, members, and associates of the CPD were charged in five separate indictments in this District for trafficking controlled substances, including heroin, cocaine, cocaine base, and oxycodone, and firearm offenses. The individuals charged include Willie BERRY, Tony BERRY[2] and Demetrius WILLIAMS.[3]

6. In addition to drug trafficking, members and associates of the CPD have engaged in various acts of violence, including shootings, as a means of (1) establishing and controlling areas where the gang can distribute controlled substances by intimidating/eliminating rival gangs and/or drug trafficking organizations, and (2) intimidating potential witnesses to the gang's illegal activities, including its drug trafficking and violent crimes. Members and associates of the gang are expected to engage in violence to support the CPD and can increase their position in the CPD by committing violence on behalf of the gang. In this regard, members/associates of the CPD have assaulted and/or shot rival gang members/associates on numerous occasions since the inception of the gang in August 2014 through January 2015. The gang's reliance on violence to intimidate rivals and potential witnesses has been publicly confirmed by gang members and gang leaders in videos which have been publicly posted on the internet. I have reviewed a number of these videos. In these videos, CPD members and leaders, such as Tony BERRY, Vandell WOODS (the half-brother of Tony and Willie BERRY),[4] and Antonio CHATMAN, have openly

---

[2]     Criminal case number 15-10146-FDS.

[3]     Criminal case number 15-10145-RGS.

[4]     WOODS, who was not charged in the pending indictments in this District involving the CPD, is presently serving a 5-year sentence in New York based on a shooting he committed at a New York City nightclub. WOODS shot two of the club's security officers after he was ejected

4

touted the gang's use of violence (particularly shootings), have openly referenced at least one shooting allegedly committed by CPD members/associates, and have sought to intimidate potential witnesses. In these videos, CPD members/associates expressly recognize "the Point" as an organization committed to violence and drug trafficking, and have sought to publicly intimidate rival gangs, such as the Orchard Park street gang, through these videos and threats of violence against rivals.

7.       During our investigation of the CPD, we intercepted calls between CPD members/associates in which they discussed the use of violence to further the gang's goals. For example, we intercepted a call between Demetrius WILLIAMS and Aaron BLOUDSON (a CPD member) in which WILLIAMS indicated that he believed that rival Orchard Park gang members would be at a state courthouse at a certain time and sought to have BLOUDSON and others attack the rival gang members.[5] In December 2014, we intercepted several calls between Demetrius WILLIAMS and a member of the CPD-aligned Saint Joseph Street gang. During these calls, Demetrius WILLIAMS bragged about encountering and assaulting John Doe while attending the arraignment of his brother (Yancy WILLIAMS) inside the Boston Municipal Courthouse. During subsequent intercepted calls that day, Demetrius Williams, Yancey Williams, and Yancey Calhoun discussed obtaining loaded firearms so that they could further assault John Doe.[6] Finally, on December 11, 2014, we intercepted a call between Demetrius WILLIAMS and John

---

from the club.

[5]       Based on this information, steps were taken by BPD to prevent the attack, which did not occur.

[6]       Based on this information, BPD took steps to warn John Doe and his family and to prevent any such assault.

Freeman-Clements (a CPD associate).   Freeman informed Demetrius WILLIAMS that a friend of his was en route via train from Virginia (subsequently identified as Morgan Jefferson) to Boston with a loaded semi-automatic firearm for sale and asked if Demetrius WILLIAMS wanted to purchase the firearm.   Demetrius WILLIAMS agreed to purchase the firearm.   Demetrius WILLIAMS and John Freeman-Clement subsequently discussed having Jefferson commit violent acts against rival gang members. Investigators subsequently arrested Morgan Jefferson at South Station Train Station with a loaded semi-automatic firearm.

### The Shooting of John Doe on March 27, 2015

8.       One of the rival street gangs with whom the CPD engaged in a violent feud was the Greenwood street gang.   This gang operates primarily out of the area of Greenwood Street in Dorchester, Massachusetts.  I am aware that beginning in 2014, members/associates of the CPD and Greenwood street gang were involved in a number of violent confrontations, including shootings.  For example, in June 2014, the two gangs engaged in a number of shootings, which resulted in several people being wounded.

9.       John Doe has been identified by the BPD, and in our investigation, as a leader in the Greenwood street gang during the time of the violence between the two gangs.[7]   In November 2014, Vandell WOODS, and other CPD members/associates encountered John Doe at a shopping mall in downtown Boston.   John Doe was physically attacked by WOODS and the other CPD members/associates and beaten in front of several bystanders.   The assault and battery of John Doe was recorded on mall security cameras.   During our investigation, on December 26, 2014, Demetrius WILLLIAMS was shot numerous times at 128 South Street in Jamaica Plain,

---

[7]       I know the identity of John Doe and am intentionally excluding it from this affidavit.

6

Massachusetts.   Following the shooting, we intercepted calls in which Demetrius WILLIAMS stated that he believed that the person who had shot WILLIAMS was John Doe.   Demetrius WILLIAMS was also intercepted seeking to obtain a firearm so that he could retaliate against John Doe.   Demetrius WILLIAMS was unable to do so as he was arrested shortly thereafter on a federal firearm charge.

10.     On March 27, 2015, at approximately 2:42 p.m., BPD responded to a report of shots fired at Terrace Street and New Cedar Street in Roxbury, Massachusetts.   BPD officers subsequently identified that John Doe had been shot and wounded after he checked into a local hospital for treatment for the gunshot wound.   A witness at the scene of the shooting stated that he/she observed a blue pickup-style truck, operating at a high rate of speed, turn onto Terrace Street from Cedar Street and then the witness heard several gunshots.   Another witness heard gunshots, and then observed a male subject hanging his upper body outside the driver's side window of a Blue Toyota Tundra pickup and shooting a black handgun as the truck was driving down Terrace Street.   The BPD recovered numerous pieces of evidence from the shooting scene, including ballistic evidence.   Ten .40 caliber shell casings were recovered at the shooting scene.

11.     Shortly after BPD officers broadcast the description of the suspect vehicle, a Massachusetts State Police ("MSP") trooper observed a blue Toyota Tundra, with Massachusetts plate R99120, travelling on the Riverway in the direction of Brookline Avenue/Boylston Street in Boston.   The MSP trooper observed two or possibly three black males in the vehicle and attempted to stop the vehicle to conduct an inquiry.   The vehicle refused to stop and fled from the MSP.   The vehicle was able to avoid being stopped and was last seen in the area of Forsyth Street in Boston.

12.     At approximately 3:03 p.m., BPD received a 911 call from a witness who stated

that he/she had observed a blue pickup truck travelling at a high rate of speed in the area where the

MSP had been chasing the suspect vehicle.   The witness informed responding officers that, as the

pickup passed the witness, he/she heard a sound consistent with an item hitting concrete.   The

witness also observed that the driver's side window was being rolled up as the vehicle continued.

The witness stated that he/she investigated and found a pistol in the area where he/she had heard

the item hit the concrete.     With the aid of the witness, BPD officers recovered a black Glock

Model 22, .40 caliber, semi-automatic handgun bearing serial number KMK434.   The recovered

shell casings from Terrace Street were subsequently matched to the recovered .40 caliber Glock

pistol.

13.     The blue Tundra pickup truck was located that day by BPD officers at Newcomb

Street and Reed Street.   A security camera in the area captured a single black male exiting the

vehicle and leaving the area.   The Tundra was registered to a business identified as Sittin Pretty

LLC.   Based on the investigation, this business is associated with Desmond CRAWFORD, a/k/a

"Dez."     In addition, BPD officers executed a search warrant for the Tundra and recovered

documents identifying Desmond CRAWFORD, including legal and tax documents with

CRAWFORD's name on them and listing him as the sole owner of Sittin Pretty LLC.

CRAWFORD's mother Sandra Ray reported the vehicle stolen days later.

14.     CRAWFORD has been identified by BPD as a CPD member through a variety of

sources including field reports, photographs, and his own statements.

15.     On April 1, 2015, five days after the shooting of John Doe, we intercepted a call

between David COKE, an associate and drug source for the CPD, and CRAWFORD.     In the

intercepted call, COKE and CRAWFORD discussed the recent shooting of John Doe.   COKE asked CRAWFORD if CRAWFORD had checked his "status" – i.e., whether CRAWFORD had checked to see if an arrest warrant had been issued for him.   CRAWFORD said he had not. CRAWFORD told COKE that: "Nobody come knocking yet."   COKE replied:  "Okay but so you should be gravy."   COKE told CRAWFORD that various people were taking credit for the shooting.   CRAWFORD replied: "Yeah, they can let them have it.   I don't care."

16.    On April 6, 2015, we intercepted another call between COKE and CRAWFORD. The two again discussed the shooting of John Doe.   During their discussion, CRAWFORD stated that he was trying to avoid getting involved in problems and that he was angry at himself for "jumping out the window" – which, based on my training and experience, and the investigation to date, I understand as a reference to the shooting.  As previously noted, a witness identified that the shooter had hung out of the driver's side window in order to commit the drive-by shooting. COKE tried to reassure CRAWFORD that he would not be arrested as the police did not have enough evidence to charge CRAWFORD.   In this regard, COKE stated that the police would not bring a weak case against CRAWFORD and that CRAWFORD's case would be weak as long as the victim, John Doe, did not cooperate with law enforcement against CRAWFORD.   COKE further stated that John Doe would not cooperate with the police.

17.     As set forth above, there is also probable cause that Desmond CRAWFORD, a/k/a "Dez" committed a violent crime (assault with a dangerous weapon) in aid of racketeering in violation of 18 U.S.C. §1959(a)(3) and used or carried a firearm in violation of 18 U.S.C. §924(c)(1)(A).

Dated this 23rd day of November, 2015.

MATTHEW C. KNIGHT
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 23rd day of November, 2015.

HON. MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE