UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 15-10145-RGS |
| ) | |
| DESMOND CRAWFORD ) | |

## UNOPPOSED MOTION FOR TEMPORARY MODIFICATION OF PRE-TRIAL RELEASE CONDITIONS

Defendant Desmond Crawford hereby moves for the following temporary modification of his pre-trial release conditions as ordered by Magistrate Judge Bowler on September 5, 2018:

Mr. Crawford seeks to attend a gathering for his wife's 30th birthday in Las Vegas, NV, from either November 16-19, or 17-20, 2018.  Mr. Crawford therefore moves to have the Massachusetts-based restrictions of his release term temporarily suspended to permit travel for this event.  Counsel will provide the details of the trip, including the location he will be staying each night, to Probation.  Mr. Crawford will continue to abide by all the remaining terms of his release and will check in telephonically with Probation as often as Probation requires while gone.  Counsel has conferred with the government, which does not oppose the motion, and with Probation, which assents to the motion.

    Respectfully submitted,

    DESMOND CRAWFORD,

    By his attorney,

    /s/ William J. Trach
    William J. Trach (BBO# 661401)
    LATHAM & WATKINS LLP
    John Hancock Tower, 27th Floor
    200 Clarendon Street

Boston, MA 02116
Telephone: (617) 880-4614
Facsimile: (617) 948-6001
Email: william.trach@lw.com

<u>Certificate of Service</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) on October 16, 2018.

<u>/s/ William J. Trach</u>